

April 26, 2024

Hon. Analisa Torres
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **KARIM v. POPPIN FURTNITURE, LLC**
**DOCKET NO. 1:24-cv-2946**

Dear Judge Torres:

The undersigned represents Jessica Karim, the plaintiff in the above-referenced matter. I write to request that this docket be closed as a duplicate of Karim v. Poppin, Inc. Docket No. 1:24-cv-1789.

The instant action was commenced in error. On or about April 17, 2024, counsel for Poppin, Inc. provided evidence that the website at issue in this case had recently been sold to a new entity – Poppin Furniture, LLC. An unintended oversight led to the initiation of a new action instead of amending the complaint in the already existing action. The error in the docket for Karim v. Poppin, Inc. has since been rectified, and an amended complaint has been filed. Accordingly, this action is duplicative and should be closed.

Thank you for your time and consideration on this matter.

Respectfully,

/s/ Gabriel A. Levy